# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1072

_____

George W. Carlisle, Jr.,        *
        *
      Appellant,        *
        *  Appeal from the United States
     v.        *  District Court for the
        *  Eastern District of Missouri.
Missouri Department of Economic    *
Development,        *       [UNPUBLISHED]
        *
      Appellee.        *

_____

Submitted: February 13, 2008
Filed: March 7, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

George Carlisle, an African-American male, appeals the district court's[1] adverse grant of summary judgment in his Title VII action alleging that the Missouri Department of Economic Development discriminated against him when it failed to employ him for four positions. Having carefully reviewed the record, we conclude summary judgment was proper. Accordingly, we affirm for the reasons set forth in the district court's well-reasoned opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.